IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAN BOGER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>PROSPERUM CAPITAL LLC and PROSPERUM FUNDING LLC<br><br>       Defendants. | Case No. 17-2248 |

## NOTICE OF VOLUNTARY DISMISSAL

THE PLAINTIFF HEREBY FILES THIS NOTICE that the above-captioned action is voluntarily dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

                                    Plaintiff,
                                    By Counsel,

Dated: November 29, 2017

                                By: */s/ Matthew P. McCue*
                                    Matthew P. McCue
                                    LAW OFFICE OF MATTHEW P. MCCUE
                                    1 South Avenue, 3rd Floor
                                    Natick, Massachusetts 01760
                                    Phone: 508-655-1415
                                    Fax: 508-820-3311
                                    mmccue@massattorneys.net
                                    *Pro Hac Vice*

Stephen H. Ring (Bar No. 00405)  
STEPHEN H. RING, P.C.  
9901 Belward Campus Drive, Suite 175  
Rockville, MD 20850  
Phone: (301) 563-9249  
Fax: (301) 563-9639  
shr@ringlaw.us  

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

*/s/ Matthew P. McCue*
Matthew P. McCue