# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DAN BOGER,<br><br>　　Plaintiff,<br><br>v.<br><br>PROSPERUM CAPITAL LLC,<br><br>　　Defendant. | Civil Action No. TDC-17-2248 |

## ORDER

On November 29, 2017, Plaintiff Dan Boger filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 15. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed without prejudice.

The Clerk is directed to close this case.

Date: November **30**, 2017

THEODORE D. CHUANG
United States District Judge